| STATE OF SOUTH DAKOTA) | IN CIRCUIT COURT |
|---|---|
| :SS | |
| COUNTY OF MINNEHAHA) | SECOND JUDICIAL CIRCUIT |

| | | |
|---|---|---|
| BRIAN D. MILLER, | * | CIV. 12 - |
| Plaintiff, | * | |
| vs. | * | **SUMMONS** |
| METROPOLITAN LIFE INSURANCE COMPANY, | * | |
| Defendant. | * | |

TO THE ABOVE-NAMED DEFENDANT, Metropolitan Life Insurance Company at PO Box 14590, Lexington, KY 40511-4590:

You are hereby summoned and required to serve upon Scott G. Hoy, Hoy Trial Lawyers, Prof. L.L.C., attorneys for the above-named Plaintiff, 1608 W. Russell Street, Sioux Falls, South Dakota, 57104, an Answer to the Complaint which is herewith served upon you within thirty (30) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Dated at Sioux Falls, South Dakota this 30 day of March, 2012.

HOY TRIAL LAWYERS, PROF. L.L.C.

_____
Scott G. Hoy
1608 W. Russell Street
Sioux Falls, South Dakota 57104
(605) 334-8900
Fax (605) 338-1918
Email - scott@hoylaw.com
*Attorneys for the Plaintiff*



EXHIBIT A

| STATE OF SOUTH DAKOTA) | | IN CIRCUIT COURT |
|---|---|---|
| :SS | | |
| COUNTY OF MINNEHAHA ) | | SECOND JUDICIAL CIRCUIT |
| BRIAN D. MILLER, | * | CIV. 12 - |
| Plaintiff, | * | |
| vs. | * | **COMPLAINT AND DEMAND FOR TRIAL BY JURY** |
| METROPOLITAN LIFE INSURANCE COMPANY, | * | |
| Defendant. | * | |

COMES NOW, Plaintiff by and through his attorney of record to state his claims as follows:

1. That Plaintiff, Brian D. Miller (hereinafter referred to as "Plaintiff"), currently is a resident of Sioux Falls, South Dakota, County of Minnehaha and as an employee at Citibank, and as a part of his benefits package, he had a policy of disability insurance with Metropolitan Life Insurance Company.

2. That Plaintiff made a claim for long-term disability benefits on or before December 27, 2010, under the terms of the policy.

3. That despite correspondence and submissions from Plaintiff and his doctors, Metropolitan Life Insurance Company continues to dishonor the claim, stating he is not disabled under the meaning of the policy.

4. That Metropolitan Life Insurance Company's actions in this matter constitute a breach of contract, and in addition, constitute a breach of duty of good faith and fair dealing.

5. That Plaintiff remains disabled to this date, for which he has received no

benefits despite the purpose of the policy.

6. That the delay in paying benefits by Defendant is unreasonable under the meaning of SDCL 58-12-3, entitling Plaintiff to a claim for insurance bad faith, and to a claim for attorney fees both under state and federal law.

7. Plaintiff requests that after an evidentiary hearing that this Court enter an order:

    (a) Assessing and awarding benefits under the contract in the amount to be proven at trial;

    (b) Assessing actual and consequential damages for the breach of duty of good faith and fair dealing; and,

    (c) Assessing exemplary damages under South Dakota law, and award attorney fees commensurate with industry rates.

Dated at Sioux Falls, South Dakota, this 30 day of March, 2012.

HOY TRIAL LAWYERS, PROF. L.L.C.

_____
Scott G. Hoy
1608 W. Russell Street
Sioux Falls, SD 57104
(605) 334-8900
Fax (605) 338-1918
E-mail: scott@hoylaw.com
*Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff by and through his counsel of record, and pursuant to SDCL § 15-6-38(b), hereby respectfully demands trial by jury of all issues so triable.

_____
One of the attorneys for Plaintiff

STATE OF SOUTH DAKOTA)　　　　　　　　　　IN CIRCUIT COURT
　　　　　　　　　　　: SS
COUNTY OF  MINNEHAHA )　　　　　　　　　SECOND JUDICIAL CIRCUIT

| BRIAN D. MILLER, | * | |
|---|---|---|
| | * | CIV. 12 - _____ |
| Plaintiff, | * | |
| | * | |
| vs. | * | **ADMISSION OF SERVICE** |
| | * | |
| METROPOLITAN LIFE INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |

The undersigned, Director of the Division of Insurance for the State of South Dakota, hereby admits service of two (2) true and correct copies of the Summons and Complaint, having received the same at my office in the State Capitol in Pierre, Hughes County, South Dakota, at ___9___ o'clock _A_.m. on April _2_, 2012.

I further acknowledge receipt of the statutory service fee in the amount of $10.00.

Dated at Pierre, South Dakota, this _2 ND_ day of April, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Merle Scheiber, Director

Subscribed and sworn to before me
this _5_ day of ~~March~~ April 2012.

_____
Notary Public – South Dakota
My commission expires: _October 25, 2017_

(SEAL)

　　　　　　　　　　　　　　　　　　　　　MATTHEW BALLARD
　　　　　　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　　　　　　SOUTH DAKOTA

| | |
|---|---|
| STATE OF SOUTH DAKOTA)<br>: SS<br>COUNTY OF MINNEHAHA ) | IN CIRCUIT COURT<br><br>SECOND JUDICIAL CIRCUIT |

| | |
|---|---|
| BRIAN D. MILLER,<br><br>　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　Defendant. | CIV. 12 - ____<br><br>**NOTICE OF SERVICE OF SUMMONS AND COMPLAINT UPON DIVISION OF INSURANCE** |

**TO DEFENDANT Metropolitan Life Insurance Company, PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Plaintiff Brian D. Miller has commenced a lawsuit against you.

2. Copies of the Summons and Complaint were served upon the Division of Insurance of the State of South Dakota and filed in the office of the Division of Insurance, together with payment of a fee of $10.00, on April 5, 2012.

3. True and correct copies of this Notice, Admission of Service, and the process (Summons and Complaint) are being mailed to you at your last known address within ten (10) days after service upon and filing with the Division of Insurance.

Dated at Sioux Falls, South Dakota, this 9 day of April, 2012.

　　　　　　　　　　　　　　　HOY TRIAL LAWYERS, Prof. L.L.C.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Scott G. Hoy
　　　　　　　　　　　　　　　1608 W. Russell Street
　　　　　　　　　　　　　　　Sioux Falls, SD 57104-1330
　　　　　　　　　　　　　　　Phone: (605) 334-8900
　　　　　　　　　　　　　　　Fax:　　(605) 338-1918
　　　　　　　　　　　　　　　Email: scott@hoylaw.com
　　　　　　　　　　　　　　　*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 9, 2012, he served a copy of this Notice of Service of Summons and Complaint Upon Division of Insurance with attached copies of the process (Summons and Complaint) and Admission of Service on Defendant Metropolitan Life Insurance Company by certified mail (#7099 3220 0010 0430 2257), postage prepaid, addressed to:

> Metropolitan Life Insurance Company
> Attn: Legal Department
> PO Box 14590
> Lexington, KY  40511-4590

Scott G. Hoy
Attorney for the Plaintiff